Form opcschs (06/2012)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

Primitivo Levi Ceniza

Debtor(s).

Case Number: 16–44537–BDL
Chapter: 7

---

## ORDER TO FILE POST–CONVERSION SCHEDULES

TO: Debtor(s) and Debtor's Attorney

This case was converted from Chapter 13 to 7 on **July 30, 2018**. It is hereby

ORDERED that the Debtor(s) shall file by **August 14, 2018**:

   1. amended schedules, statements and documents, including a chapter 13 plan for cases converted to chapter 13 or a declaration under penalty of perjury that there has been no change in the schedules, statements, and documents; and

   2. **the statement of current monthly income (means testing form)\***, required by Fed.R.Bankr.P. 1007(b)(1),(4),(5), and (6), and LBR 1007–1(b). It is further

ORDERED that if the schedules filed by the debtor(s) contain additional creditors, the debtor(s) shall mail to the trustee and any additional creditors a copy of the sec. 341 meeting notice pursuant to LBR 1009–1(c)(2). The debtor(s) shall also file with the court a mailing list of additional creditors. If the debtor(s) is represented by an attorney, the additional creditors shall be uploaded electronically onto the court's ECF system.

Dated: July 30, 2018

                                            Mark L. Hatcher
                                            Clerk of the Bankruptcy Court

---

\*A new means test form is generally required to be filed in a converted case. However, in a case converting from a chapter 7 to any other chapter, a statement of current monthly income (means testing form) shall not be required if the time for filing a motion under Sec. 707(b) or (c), or any extension thereof, expired during the time the case was pending under chapter 7. A means testing form shall not be required when a case was originally filed on or prior to October 16, 2005.