FILED
Western District of Washington
at Seattle

DEC 05 2018

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) SECTION 347 (a) UNCLAIMED
) PROPERTY REPORT
Various debtors-- )
See attached listing )
_____ )

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$3751.11** to the above-entitled Court.

Dated this 27th day of November, 2018.

                                                               Michael G. Malaier,
                                                                Chapter 13 Trustee
                                                                WSBA #34729

**Unclaimed funds November 27, 2018**

| Case Number | DEBTOR | CREDITOR | CHECK # | AMOUNT |
|---|---|---|---|---|
| 13-42925 | Antoine Maurice Higgins<br>6719 Prism St SE<br>Olympia WA 98513 | Debtor Refund<br>Case Completed | 667549 | 1,716.78 |
| 16-43347 | Maricus Latrell Bryant<br>1203 Tillicum Ct NE<br>Olympia WA 98516 | Debtor Refund<br>Case Dismissed | 667550 | 15.83 |
| 16-44537 | Primitivo Levi Ceniza<br>2090 W Eells Hills Rd<br>Shelton WA 98584 | Debtor Refund<br>Case Converted | 667551 | 15.83 |
| 13-44675 | David & Darla Lee Dowell<br>19125 87th Ave Ct E<br>Puyallup WA 98375 | Debtor Refund<br>Case Completed | 667552 | 10.68 |
| 16-42674 | Wendell Paris Harper<br>4411 76th Ave W Apt 1<br>University Place WA 98466 | Debtor Refund<br>Case Dismissed | 667553 | 15.83 |
| 14-41619 | Deborah Jean Ivey<br>4314 Lakeridge Drive E<br>Bonney Lake WA 98391 | Debtor Refund<br>Case Dismissed | 667554 | 1,223.07 |
| 14-44417 | Jerald Phillip Lokan<br>801 S Toutle Rd<br>Toutle WA 98649 | Debtor Refund<br>Case Completed | 667555 | 17.72 |
| 16-40923 | Barry Jerome McClellon<br>5010 40th St NE<br>Tacoma WA 98402 | Debtor Refund<br>Case Dismissed | 667556 | 15.83 |
| 15-41200 | Lee & Amanda L Modisette<br>11404 19th Ave Ct S<br>Tacoma WA 98444 | Debtor Refund<br>Case Completed | 667557 | 10.49 |
| 15-43132 | Randy & Monique J Murphy<br>210 Mitchell Lane<br>Chehalis WA 98532 | Debtor Refund<br>Case Completed | 667558 | 10.36 |
| 15-43022 | Dawn Marie Nepsund<br>5423 So Stevens St<br>Tacoma WA 98409 | Debtor Refund<br>Case Completed | 667559 | 16.46 |
| 17-42517 | Christian John Norris<br>505 So 55th St<br>Tacoma WA 98408-6424 | Debtor Refund<br>Case Dismissed | 667560 | 15.83 |
| 13-41173 | Annie Marie Olsen<br>276 No 9th St<br>St Helens OR 97051 | Debtor Refund<br>Case Completed | 667561 | 237.14 |
| 17-41147 | Terry S & Marsha R Robertson<br>2455 Trade St SE<br>Salem OR 97301 | Debtor Refund<br>Case Dismissed | 667562 | 15.83 |
| | | | Total | 3,337.68 |

**Unclaimed funds November 27, 2018 cont.**

| Case Number | DEBTOR | CREDITOR | CHECK # | AMOUNT |
|---|---|---|---|---|
| 16-44382 | Jacqueline Taylor<br>10717 98th St SW<br>Lakewood WA 98498 | Debtor Refund<br>Case Dismissed | 667563 | 15.83 |
| 15-43057 | Tabatha Eve Turin<br>2180 Eola Dr NW<br>Salem OR 97304 | Debtor Refund<br>Case Completed | 667564 | 3.96 |
| 14-40603 | Raymond James Wallace<br>12228 Hobby St SE<br>Yelm WA 98597 | Debtor Refund<br>Case Completed | 667565 | 18.63 |
| 17-41633 | James & Shanda L Whitney<br>PO Box 248<br>Roy WA 98580 | Debtor Refund<br>Case Dismissed | 667566 | 15.83 |
| 14-40168 | Kelli Suzanne Young<br>1815 NE 156th St<br>Vancouver WA 98686 | Debtor Refund<br>Case Dismissed | 667567 | 15.83 |
| 14-42988 | Robin Dale Sheard<br>3100 SE 168th Ave Apt 247<br>Vancouver WA 98683 | Trustee Claim # 44<br>Angela Marie Sheard<br>587 53rd St<br>Washougal WA 98671 | 667568 | 313.67 |
| 13-46460 | Brandon Douglas Whipple<br>2816 5th Ave NE Apt J3<br>Puyallup WA 98372 | Trustee claim # 1<br>Xerox Education Services<br>501 Bleecker St<br>Utica NY 13501 | 667548 | 29.68 |
| | | | Total | 413.43 |
| | | | Plus total of page 1 | $ 3,337.68 |
| | | | Grand Total | $ 3,751.11 |